| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAE NEGREA, </br> A97 102 663/73/ 240 089 </br> </br> Plaintiff, </br> </br> v. </br> </br> EMILIA BARDINI, Director of the San Francisco Asylum Office; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EDUARDO AGUIRRE, Commissioner of USCIS; MICHAEL CHERTOFF, Secretary Department of Homeland Security, </br> </br> Defendants. | No. C-05-4470-BZ </br> </br> **STIPULATION TO DISMISS; AND ORDER** |

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-4470-BZ                                                    1

| | |
|---|---|
| 1  Date: February 27, 2006 | Respectfully submitted, |
| 2 | KEVIN V. RYAN<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | /s/<br>EDWARD A. OLSEN[1] |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |

 

Date: February 27, 2006

/s/
ROBERT J. DUPONT, ESQ.
JEREMIAH JOHNSON
Reeves & Associates
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 2, 2006

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Jeremiah Johnson and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-4470-BZ                                                    2